FILED

09/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0390

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0353

STATE OF MONTANA,

     Plaintiff/Appelle,

V.

ROBERT EARL STAUDENMAYER,

     Defendant/Appellant.

FILED

SEP 16 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## MOTION FOR EXTENSION OF TIME

COMES NOW, Robert Earl Staudenmayer, in proproia persona, ("hereinafter Staudenmayer"), and respectfully request an extension of time until October 15, 2022, in which to prepare and file , serve the Appellant's opening brief in the above-entitled matter. This is Appellant's first request for an extension. Staudenmayer's opening brief was first due September 15, 2022. The basis for this request is due to saffety and security issues occurring at the prion, combined with covid-19, staff shortages here at Crossroads Correctional Center.

Opposing counsel has been contacted and has not responded. The above sworn to under the panalty of perjury.

DATED this 6th of September, 2022.

By;                                
             Robert Earl Staudenmayer, Pro per
             Appellant

Cerificate of service

This is to certify that the above and foregoing was duly served
upon opposing counsel of record by deposisting a true
and accurate copy thereof in the US mails on the 1st day
of septemebr,2022, in the prison mail box, postage prepaid-
and addressed to as follows below to-wit:


Attorney General of Montana
Hon. Austin Knudsen,Esq
       P.O.Box 201401
       Helena,Montana 59620-1401

Respondent

By: ~~Robert Earl~~ Staudenmayer

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0353

---

STATE OF MONTANA,

    Plaintiff/Appelle,

V.

ROBERT EARL STAUDENMAYER,

    Defendant/Appellant.

---

ORDER

---

Upon consideration of Appellant's motion for extension of time, and good cause appearing.

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 15th, 2022, within which to prepare, file and serve Appellant's opening brief on appeal.

By:_____

        Supreme Court Justice